# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand and fifteen.

Before:    Ralph K. Winter,
                  *Circuit Judge.*

_____

Eleni Woldeselassie,

Plaintiff - Appellant,

**ORDER**
Docket No. 15-421

v.

American Eagle Airlines, *et al.*,

Defendants - Appellees.

_____

    Appellees American Eagle Airlines, Brandi Araujo, Linda Kunz, Susan Piper, Lisa Snyder and Todd Stephen move for a 45-day extension until October 26, 2015 to file their answering brief.

    IT IS HEREBY ORDERED that the motion is GRANTED. The clerk is instructed to treat this case as ready for calendaring as of October 26, 2015 whether or not appellees' brief has been filed. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d CIr. 2013).

                                                        For the Court**:**

                                                        Catherine O'Hagan Wolfe,
                                                        Clerk of Court

